UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Ladder 3 Corp.,

    Debtor.
-------------------------------------------------------------X
Robert J. Musso, Chapter 7 Trustee of the Estate
of the Ladder 3 Corp.,

        Plaintiffs,

    -against-

OTR Media Group, Inc.

        Defendants.
-------------------------------------------------------------X

CHAPTER 7

Case No. 1-14-40806-CEC

Adv. Pro. No. 1-16-01053-CEC

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                               : ss.:
**COUNTY OF KINGS** )

The undersigned, being duly sworn, deposes and says:

    1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **STATEN ISLAND, NY.**

    2. On February 25, 2016**,** I served the within **Summons and Notice of Pretrial Conference in an Adversary Proceeding** upon the persons listed below, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

    See attached.

                                                     /s/
                                               Jasmin Gomez

Sworn to before me this
25th day of February, 2016

*/s/Bruce Weiner*
NOTARY PUBLIC

| | | |
|---|---|---|
| OTR Media Group, Inc.<br>40 Fulton Street, 6th Floor<br>New York, New York 10038<br>Attn: President | OTR Media Group, Inc.<br>424 W. 23rd Street, #530<br>New York, New York 10001<br>Attn: President | OTR Media Group, Inc.<br>120 Wall Street, 32nd Floor<br>New York, New York 10005<br>Attn: President |